IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MEAGHAN ONEY MAY,<br>Plaintiff | §<br>§<br>§ | |
| Vs. | §<br>§ | CIVIL ACTION NO. 2:16-CV-1219-RSP |
| MELTON TRUCK LINES, INC. and<br>DONALD DALLAS PIERCY, II<br>Defendants. | §<br>§<br>§<br>§ | |

**DEFENDANTS MELTON TRUCK LINES, INC. AND
DONALD DALLAS PIERCY, II'S NOTICE OF FILING COUNTER-AFFIDAVITS OF
DR. BENZEL C. MACMASTER, M.D., P.A.**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, Melton Truck Lines, Inc. and Donald Dallas Piercy II's file this Notice of Filing Counter-Affidavits of Dr. Benzel C. MacMaster, M.D., P.A. pursuant to Section 18.001 of the Texas Civil Practice and Remedies Code regarding billing records affidavits concerning the Plaintiff, Meaghan Oney May from the following providers:

1.      Christus Good Shepherd Health Center attached hereto and incorporated herein for all purposes as Exhibit "2";

**RESPECTFULLY SUBMITTED** this 3rd day of November, 2017.

/s/Larry Warren
**LARRY WARREN**
State Bar No. 20888450
**CHARLES B. MITCHELL, JR.**
State Bar No. 14207000
Federal ID No.: 16627
**MICHAEL SHANE O'DELL**
State Bar No.: 24065835
Federal ID No.: 2742535
Naman, Howell, Smith & Lee, PLLC
405 Fort Worth Club Building
306 West 7th Street
Fort Worth, Texas 76102-4911
Telephone: 817.509-2040
Facsimile: 817.509-2060
E-mail: lwarren@namanhowell.com
E-mail: charles.mitchell@namanhowell.com
Email: sodell@namanhowell.com

**ATTORNEYS FOR DEFENDANTS MELTON TRUCK LINES, INC. AND DONALD DALLAS PIERCY, II**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served on this 3rd day of November, 2017 as follows via the Court's ECF system; which sent notification to the following:

*Via Facsimile and Via E-Service*
Geoffrey G. Hoover
Brent Goudarzi
Marty Young
Goudarzi & Young, L.L.P.
301 North Titus Street
P.O. Drawer 910
Gilmer, Texas 75644

/s/Larry Warren
**LARRY WARREN**